```
             IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

         IN RE:                  :    CHAPTER 13
                                 :
         Michael A. Alamia       :    No.  20-11521-AMC
              Debtor             :
```

### ORDER GRANTING SECOND EXTENSION OF TIME
### TO FILE REQUIRED DOCUMENTS

AND NOW, upon consideration of the Application for Second Extension of Time to file the required documents it is hereby ORDERED and DECREED that Debtors attorney David M. Offen is given an extension of time of (14) days until April 22, 2020, by which date all required documents must be filed.

**Date: April 9, 2020**

_____
HONORABLE ASHELY M. CHAN DATED:
U.S. BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Michael A. Alamia