United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael A Alamia  
      Debtor

Case No. 20-11521-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: dlv　　　Page 1 of 1　　　Date Rcvd: Apr 09, 2020  
　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.  
db　　　　　　+Michael A Alamia,   3403 Orion Road,   Philadelphia, PA 19154-2020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:  
　　　　DAVID M. OFFEN    on behalf of Debtor Michael A Alamia dmo160west@gmail.com,
　　　　　davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
　　　　REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
　　　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

```
             IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

      IN RE:                  :     CHAPTER 13
                              :
      Michael A. Alamia       :     No.  20-11521-AMC
           Debtor             :
```

### ORDER GRANTING SECOND EXTENSION OF TIME
### TO FILE REQUIRED DOCUMENTS

AND NOW, upon consideration of the Application for Second Extension of Time to file the required documents it is hereby ORDERED and DECREED that Debtors attorney David M. Offen is given an extension of time of (14) days until April 22, 2020, by which date all required documents must be filed.

**Date: April 9, 2020**
_____
HONORABLE ASHELY M. CHAN DATED:
U.S. BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Michael A. Alamia