# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Michael A Alamia | : | |
| Debtor | : | Bankruptcy No. 20-11521-amc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated March 12, 2020, this case is hereby DISMISSED.

**Date: May 5, 2020**

Judge Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:   Atty Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Ch 13 Statement of Your Current Monthly Income Form 122C-1 & 122C-2

bfmisdoc