```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 20-11521-amc
Michael A Alamia                                                    Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2           User: dlv                 Page 1 of 2                  Date Rcvd: May 05, 2020
                               Form ID: pdf900           Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2020.
db             +Michael A Alamia,    3403 Orion Road,    Philadelphia, PA 19154-2020
14491674       +M&T BANK,    C/O KML Law Group,    701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14481809       +PHH Mortgage Servicing,    Attn: Bankruptcy Department,    Po Box 5452,
                 Mount Laurel, NJ 08054-5452
14481813       +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
14500034        WELLS FARGO BANK, NATIONAL ASSOCIATION, et.al.,    PHH MORTGAGE CORPORATION,
                 BANKRUPTCY DEPARTMENT,,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14498123        Wells Fargo Bank, National Association, et.al.,    C/O Mario J. Hanyon, Esq,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 06 2020 03:00:59      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 06 2020 03:00:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 06 2020 03:00:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14481803        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 06 2020 03:05:37      Capital One Bank USA,
                 15000 Capital One Drive,    Henrico, VA 23238
14487304       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 06 2020 03:05:41
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14481804       +E-mail/Text: convergent@ebn.phinsolutions.com May 06 2020 03:00:56
                 Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
14481805       +E-mail/PDF: creditonebknotifications@resurgent.com May 06 2020 03:05:27      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
14481806       +E-mail/Text: bknotice@ercbpo.com May 06 2020 03:00:53      Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14481807        E-mail/Text: camanagement@mtb.com May 06 2020 03:00:37      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
14481808       +E-mail/Text: bankruptcydpt@mcmcg.com May 06 2020 03:00:50      Midland Funding LLC,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14481810        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 06 2020 03:05:39
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
14494029        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 06 2020 03:05:26
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14481812       +E-mail/Text: bankruptcy@sw-credit.com May 06 2020 03:00:51      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14481811*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,      Attn: Bankruptcy,    120 Corporate Blvd,
                 Norfold, VA 23502)
14481814*      +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
14481815*      +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
14481816*      +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
14481817*      +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
                                                                                              TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: dlv              Page 2 of 2              Date Rcvd: May 05, 2020
                              Form ID: pdf900        Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2020 at the address(es) listed below:

```
          DAVID M. OFFEN    on behalf of Debtor Michael A Alamia dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association, et.al.
           paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                     TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter  13 |
| | : | |
| Michael A Alamia | : | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11521-amc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated March 12, 2020, this case is hereby DISMISSED.

**Date: May 5, 2020**

Judge Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:   Atty Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Ch  13 Statement of Your Current Monthly Income Form 122C-1 & 122C-2

bfmisdoc